PD-1039-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/5/2015 5:05:22 PM
Accepted 2/6/2015 8:46:13 AM
ABEL ACOSTA
CLERK

## NO. PD-1039-14

# In the Court of Criminal Appeals of Texas

**JOSE GUADALUPE RODRIGUEZ ELIZONDO,**
**APPELLANT**

**v.**

**STATE OF TEXAS,**
**APPELLEE**

ON PETITION FOR DISCRETIONARY REVIEW
FROM CAUSE NO. 13-12-00028-CR
IN THE THIRTEENTH COURT OF APPEALS,
REVIEWING CAUSE NO. CR-3485-10-I
398TH JUDICIAL DISTRICT COURT OF HIDALGO COUNTY, TEXAS
HON. LINDA R. YAÑEZ PRESIDING BY ASSIGNMENT

## APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON THE MERITS

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Appellant, Jose Guadalupe Rodriguez Elizondo, respectfully requests a fourteen-day extension of time to file his brief on the merits and respectfully shows:

On January 28, 2015, the Court granted Appellant's petition for discretionary review and requested briefing on the merits, making

Appellant's brief due on February 27, 2015. This is Appellant's first extension of time to file his brief on the merits. Appellant requests that the Court grant fourteen additional days to file his brief, making the brief due on March 13, 2015.

The undersigned counsel is lead counsel for Appellant and has the sole responsibility for filing the brief on the merits in this case. On January 26, 2015, the undersigned counsel became ill with the flu. Thereafter, on February 2, 2015, the undersigned counsel was diagnosed with pneumonia and ordered by her doctor to stay in bed, or else risk hospitalization. Accordingly, the undersigned counsel has missed almost two weeks of work already for illness and is still recovering. In order to provide effective representation on appeal, Appellant requests an additional two weeks to file his brief to allow his counsel sufficient time to recover from her illness and to prepare the brief.

The undersigned counsel has conferred with counsel for the State of Texas, Lisa McMinn, who advised on that the State does not oppose the relief requested in this motion.

For all the foregoing reasons, Appellant respectfully requests that the Court grant this unopposed request for a fourteen-day extension, making his

brief on the merits due March 13, 2015, and any further relief to which Appellant may be justly entitled.

Respectfully submitted,

/s/ Brandy Wingate Voss
Brandy Wingate Voss
State Bar No. 24037046
SMITH LAW GROUP, P.C.
820 E. Hackberry Ave.
McAllen, TX 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

I certify that on February 5, 2015, I conferred with Lisa McMinn, counsel for Appellee, who informed me that the Appellee does not oppose the relief requested in this motion.

/s/ Brandy Wingate Voss
Brandy Wingate Voss

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document on the following counsel of record by electronic mail and/or by facsimile:

Lisa C. McMinn
*State Prosecuting Attorney*
Office of State Prosecuting Attorney of Texas
P. O. Box 13046
Austin, Texas 78711-3046
Fax: (512) 463-5724

Ted Hake
Michael Morris
*Assistant District Attorney*
Appeals Section
Office of Criminal District Attorney
Hidalgo County, Texas
100 N. Closner, Rm 303
Edinburg, Texas 78539
Fax: (956) 380-0407
ted.hake@da.co.hidalgo.tx.us
michael.morris@da.co.hidalgo.tx.us

/s/ Brandy Wingate Voss
Brandy Wingate Voss